43 A.3d 478

**HERD CHIROPRACTIC CLINIC, P.C., Respondent**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

April 30, 2012.

### *ORDER*

PER CURIAM.

AND NOW, this 30th day of April, 2012, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

Whether the Superior Court improperly interpreted § 1797 of the MVFRL and its own case of *Barnum v. State Farm Mut. Auto. Ins. Co.*, 430 Pa.Super. 488, 635 A.2d 155 (1993) *rev'd in part by Terminato v. Pennsylvania National Ins. Co.*, 538 Pa. 60, 645 A.2d 1287 (1994), to allow attorney's fees even when an insurer has utilized the Peer Review process?